WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Alberto Herrera-Arteaga,<br><br>Defendant. | No. CR-11-1154-PHX-DGC<br><br>**ORDER** |

Defendant Alberto Herrera-Arteaga filed a pro se motion to run the time from his probation concurrent with the sentence imposed by this Court. Doc. 26. On May 10, 2011, the Court appointed attorney Atmore Baggot to represent Mr. Herrera-Arteaga. Local Rule 83.3(c)(2) requires that "[w]henever a party has appeared by an attorney, that party cannot thereafter appear or act in the party's own behalf in the cause, or take any steps therein, unless an order of substitution shall have been made by the Court after notice to the attorney of each such party, and to the opposite party." LRCiv. 83.3(c)(2). Because the Court finds that Mr. Herrera-Arteaga is still represented by counsel, the Court will deny Defendant's motion and forward it to his attorney for consideration.

**IT IS ORDERED** that Defendant's motion for concurrent sentence (Doc. 26) is denied. Defendant is instructed to confer with his attorney if he wishes to pursue this action.

Dated this 23rd day of February, 2012.

_____
David G. Campbell
United States District Judge